No. 767. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WOOD ET AL., TRUSTEES.

April 8, 1940. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is reversed and the cause is remanded to the Circuit Court of Appeals for further proceedings. *Helvering* v. *Bruun, ante,* p. 461. *Solicitor General Biddle* for petitioner.